# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2025

## NO. 03-25-00105-CV

**J.D. Abrams L.P., Appellant**

**v.**

**Steve Lopez, Appellee**

---

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the judgment signed by the trial court on November 13, 2024. Appellant has filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.